[No. 5014-9-III.  Division Three.  April 3, 1984.]

E. MILES BARRETT, ET AL, *Appellants,* v. APPLEWAY
LEASING, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2-07072-1, Marcus M. Kelly, J., entered January 21, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 5140-4-III.  Division Three.  April 3, 1984.]

CHARLES E. POWER, ET AL, *Respondents,* v. WASHINGTON
BARITE CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 23073, Sidney R. Buckley, J., entered April 2, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Edgerton, J. Pro Tem., McInturff, J., dissenting.

[No. 5113-7-III.  Division Three.  April 5, 1984.]

*In the Matter of the Marriage of* SHARON RAE TOWSLEE,
*Respondent, and* JAMES MERRITT TOWSLEE,
*Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 81-3-00030-1, Yancey Reser, J., entered March 15, 1982. *Affirmed* by unpublished per curiam opinion.